CASE NO. 14-15-00319-CV

IN THE COURT OF APPEALS
FOR THE FOURTEENTH JUDICIAL DISTRICT
HOUSTON, TEXAS

SVEN ERIK JOHANSSON, APPELLANT PRO SE

VS.

BUNA I.S.D., ET. AL.

APPELLEES

FILED IN
14th COURT OF APPEALS
JUL 24 2015
CHRISTOPHER A. PRINE
CLERK

On Appeal from the first Judicial District Court
Jasper County, Texas

APPELLANT PRO SE's RESPONSE TO
"NOTICE BY THE CLERK, CHRISTOPHER A. PRINE, OF
A PRO SE RESPONSE BY THIS HON. COURT TO
AN ALLEGED ANDERS BRIEF" (?)

SVEN ERIK JOHANSSON, APPELLANT PRO SE
TDCJ# 1465256/C.T.Terrell/R3 unit
1300 F.M. 655
Rosharon, Tx. 77583

1.

APPELLANT PRO SE's RESPONSE TO
"NOTICE  BY THE CLERK, CHRISTOPHER A. PRICE, OF
A PRO SE RESPONSE BY THIS HON. COURT TO
AN ALLEGED ANDERS BRIEF.".(?)

*FILED*
*2015 JUL 17 AM 11: 50*
*Kathy Kent*
*DISTRICT CLERK*
*JASPER COUNTY, TEXAS*

TO THE HON. JUDGES OF SAID COURT OF APPEALS;

COME's NOW, SVEN ERIK JOHANSSON, APPELLANT PRO SE HEREIN, and, files this his response to the titled cause, as follows;

1.    Appellant pro-se has not received any copy of "EITHER" of the named documents or litigation(S) stated in the Hon. Clerks "CARD NOTICE" about  AN ALLEGED ANDERS BRIEF BEING FILED, NOR, AN ALLEGED PRO SE RESPONSE TO ONE BY THIS HON. COURT OF APPEALS....(?)

2.    Appellant pro-se  HAS NO COUNSEL...(PRO SE).... SO, it is highly unlikely that Appellant pro-se has filed any Anders Brief  IN HIS OWN APPEAL.....(?)

3.    HOWEVER, [I]f  the Appellees  have filed such a brief, we do thank them for their professional ethics of HONESTY, and ask that this Hon. Court of Appeals ORDER A REVERSAL IN THE DEFAULT JUDGEMENT ORDER OF THE HON. CRAIG MIXON, 1st Judicial Dist. Ct, Jasper Co.,Tx., case no. 4804, and, ORDER SAID TITLE AND DEED OF THE NAMED HOMESTEAD REPLACED BACK INTO THE LEGAL OWNERSHIP OF APPELLANT PRO SE HEREIN,  and,  should the Appellees desire to continue this suit, follow due process of law and issue service of notice of intent to sue and levy for their money/taxes , giving the Appellant pro se a fair opportunity to retain a loan on said property and pay the  back taxes while Appellant pro-se is incarcerated, or file bankrupcy....(?)   The later is NOT Appellant pro-se's choice, but, if forced to do so, WILL do so in order to save his Homestead..(?)

Alternatively, allow Appellant time to regain his liberty and 90-days thereafter,  those taxes will be paid:...(?)

NOTE TO THE CLERK:   Please be more specific as to WHOM filed an ANDERS BRIEF..?..IN WHO's BEHALF..?..As Appellant pro-se  IS A PRO SE APPELLANT. NO SUCH BRIEF WAS FILED [B]Y APPELLANT PRO SE..., AND APPELLANT PRO SE HAS NOT BEEN NOTIFIED OF ANY SUCH COUNSELS "APPOINTMENT"..(?) ANY ANDERS BRIEF FILED IN THIS CASE DENOUNCING APPELLANT PRO SE's CLAIM(S) & APPEAL IS WHOLLY WITHOUT MERIT.

2.

SO PRAYED, THIS 2nd DAY OF ____ JULY, _____ 2015.

Respectfully submitted, ___

SVEN ERIK JOHANSSON, APPELLANT PRO SE
TDCJ# 1465256/C.T.Terrell/R3 unit
1300  F.M. 655
Rosharon, Tx. 77583

## CERTIFICATE OF SERVICE

I, SVEN ERIK JOHANSSON, APPELLANT PRO SE HEREIN, do state under penalty
of perjury that I have sent all parties in this case a copy of this 3-pg
RESPONSE TO THE 14th COURT OF APPEALS (TEXAS-HOUSTON)CLERKS NOTICE OF A
PRO SE FILING OF RESPONSE TO AN ALLEGED ANDERS BRIEF (?)  Original and
one copy to 14th Ct. of Apps.  One copy to Appellee cousel, LINEBARGER
GOGGAN BLAIR & SAMPSON LLP, one copy to 1st Jud. Dist. Ct., Clerk,
Kathy Kent, Jasper Co, Tx......deposited in indigent mail drop box
on C.T. Terrell/R3 unit on this 2nd  day of ___ July ____ 2015.

/s/. _____
SVEN ERIK JOHANSSON, APPELLANT PRO SE

3.